

**TURTURRO** LAW, P.C.

Matthew J. Turturro, Esq. (Managing Partner)

*Natraj S. Bhushan, Esq. (Partner)

Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

📞 (718) 384-2323     📠 (718) 384-2555

✉ natraj@turturrolawpc.com

🌐 www.turturrolawpc.com

📍 1361 N. Railroad Avenue, Staten Island, NY 10306

---

**May 22, 2026**

*Via ECF*

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:**    ***United States Liability Insurance Company v. Cupsoul LLC,***
> <u>**Case No. 26-cv-03219-MMG**</u>
> *Letter Motion for Extension of Time to Answer and*
> *Adjournment of Initial Case Management Conference*

Dear Judge Garnett:

This firm represents Defendant Cupsoul LLC ("Cupsoul") in the above-captioned action. We were retained yesterday, May 21, 2026, and write respectfully pursuant to Your Honor's Individual Rules and Practices to request: (1) an extension of Cupsoul's time to answer or otherwise respond to the Complaint; and (2) an adjournment of any initial case management or pre-trial conference currently scheduled in this matter.

By way of background, this action was commenced on April 20, 2026, and Cupsoul was served through the New York Secretary of State on April 27, 2026. Cupsoul's time to answer under Fed. R. Civ. P. 12(a)(1)(A)(i) has technically passed, with the deadline having been May 18, 2026. No certificate of default has been entered against Cupsoul.

This firm has conferred with counsel for Plaintiff, Noah M. Wiesner, Esq. of Coughlin Midlige & Garland LLP, who has graciously consented to: (1) vacate any default that could be entered against Cupsoul based on the lapsed answer deadline; and (2) extend Cupsoul's time to answer or otherwise respond to the Complaint through and including June 4, 2026. This is Cupsoul's first request for an extension of time. The requested extension will not prejudice any party and is necessitated solely by the undersigned's recent retention.

To the extent any initial case management conference or pre-trial conference has been scheduled in this action, Cupsoul respectfully requests that such conference be adjourned for 30 days so that counsel may fully appear and participate in these proceedings. Plaintiff's counsel has also consented to this request.

For the foregoing reasons, Cupsoul respectfully requests that the Court: (1) deem any default vacated; (2) extend Cupsoul's time to answer or otherwise respond to the Complaint through and including June 4, 2026; and (3) adjourn any scheduled initial case management or pre-trial conference for 30 days to a date and time convenient to the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,
**TURTURRO LAW P.C.**
By:/s/ Natraj S. Bhushan

To (via ECF): all counsel of record

GRANTED. The deadline for Defendant to respond to Plaintiff's Complaint is hereby EXTENDED to **June 4, 2026**. The initial pretrial conference previously scheduled for June 11, 2026 is hereby ADJOURNED until **July 9, 2026** at **9:30 A.M.** The deadline for the parties' joint pre-conference submission is likewise EXTENDED to **July 2, 2026**.

SO ORDERED. Dated May 26, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE